ELECTRONICALLY FILED
5/2/2017 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>02<br><br>Date of Filing:<br>05/02/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### KIMBERLY HUDSON ET AL v. CANADIAN NATIONAL RAILWAY COMPANY ET AL

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other   ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM<br>DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM<br>OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

MAL014          5/2/2017 5:57:17 PM          /s/ DAVID J MALONEY
                      Date                      Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☐ NO ☑ UNDECIDED   EXHIBIT A

ELECTRONICALLY FILED
5/2/2017 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF MOBILE COUNTY ALABAMA

| | |
|---|---|
| **KIMBERLY HUDSON and** * | |
| **THOMAS EARL JACKSON, JR., as** * | |
| **Temporary Guardians of KENDRIC** * | |
| **JACKSON, an Incapacitated Person** * | |
| * | |
| **Plaintiff** * | |
| * | |
| **v** * | **CASE NO. CV-2017-_____** |
| * | |
| **CANADIAN NATIONAL RAILWAY** * | |
| **COMPANY; MISSISSIPPI EXPORT** * | |
| **RAILROAD; ILLINOIS CENTRAL** * | |
| **RAILROAD COMPANY; ILLINOIS** * | |
| **CENTRAL CORPORATION; GRAND** * | |
| **TRUNK CORPORATION;** * | |
| **DAVID W. MYERS; and DIAMANTE** * | |
| **JAMARCUS LOCKHART** * | |
| * | |
| **Defendant** * | |

## PLAINTIFFS' ORIGINAL COMPLAINT

Plaintiffs, Kimberly Hudson and Thomas Earl Jackson, Jr., as Temporary Guardians of Kendric Jackson, an Incapacitated Person, complain of Defendants Canadian National Railway Company; Mississippi Export Railroad; Illinois Central Railroad Company; Grand Trunk Corporation; David W. Myers, and Diamante Jamarcus Lockhart (collectively, the "Defendants"), and in support would show the Court the following

### PARTIES

1.      Plaintiffs Kimberly Hudson and Thomas Earl Jackson, Jr. are residents of Mobile County, Alabama.  They are the parents of Kendric Jackson, an Incapacitated Person.

2.      Plaintiff Thomas Earl Jackson, Jr. is a resident of Mobile County, Alabama.  Thomas Earl Jackson, Jr. brings this action individually as the father of Kendric Jackson, Incapacitated.

3.      Defendant Canadian National Railway Company ("CN"), is a duly organized Canadian corporation with a principal place at its Headquarters in Montreal, Quebec, but operating in Hattiesburg, Mississippi, and may be served pursuant to the Hague Convention at 935 de La Gauchetière Street West, Montreal, Quebec H3B 2M9.

4.      Defendant Mississippi Export Railroad ("MER"), is a corporation with its Headquarters in Moss Point, Mississippi and who can be served through its President, Greg Luce, at its principal place of business, 4519 Mcinnis Avenue, Moss Point, Mississippi 39563.

5.      Defendant Illinois Central Railroad Company ("IC"), is a corporation with its principal place of business at 455 North City Front Plaza Drive, Chicago Illinois 60611-5318. It may be served with process through its registered agent CSC-Lawyers Incorporating SVC Inc, 150 South Perry Street, Montgomery, AL 36104.

6.      Defendant Illinois Central Corporation ("ICC"), is a Delaware corporation and may be served through its registered agent, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

7.      Defendant Grand Trunk Corporation ("GTC"), is a Delaware corporation and may be served through its registered agent, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

8.      Defendant David W. Myers, may be served by personal service at his residence located at 158 Highway 612, Lucedale, Mississippi 39452-3521.

9.      Defendant, Diamante Jamarcus Lockhart, may be served by personal service at his place of residence located at 1411 Monroe Street, Mobile, Alabama 36604.

JURISDICTION AND VENUE

10.    This Court has jurisdiction over this lawsuit pursuant to Alabama Code §6-3-7(a)(1), venue is proper in Mobile County, Alabama, because it is the county in which a substantial part of the event or omission giving rise to the cause of action occurred.

11.    The claims asserted in this lawsuit arise out of the laws of the State of Alabama.  Plaintiffs are not pleading any claims or issues that arise under federal law.  Plaintiffs are not pleading any claims preempted by federal law because no federal funds were expended pursuant to this crossing, and Plaintiffs' claims fall within the exception to preemption set forth by Title 49, Section 20106 of the Union States Code.   Furthermore, there is no diversity jurisdiction because complete diversity of citizenship does not exist between Plaintiffs and Defendants.   Removal therefore would be improper.

**FACTUAL BACKGROUND**

12.    Defendants MER, GTC and CN shall be hereinafter referred to collectively as "Train Defendants."

13.    This lawsuit results from a train crossing collision that occurred in Mobile County, Alabama.  On or about February 3, 2017, Kendric Jackson was a passenger in a vehicle driven by Diamante Jamarcus Lockhart, traveling southbound on Forest Dale Drive in Mobile County.  As the vehicle crossed the railroad tracks at DOT Crossing No. 304250E (the "Crossing"), it was struck by a CN train operated by CN personnel (the "Incident").  The impact critically injured both occupants of the vehicle.

14.    The Crossing was under the control of CN at the time of the Incident.  The Crossing was only marked by flashing railroad crossing lights and not protected by any crossing arms.

15. The Crossing was an extrahazardous, dangerous trap and safety hazard because of its insufficient sight distance, obstructed views, humped design, and the lack of gates.

16. Despite the hazard posed by the Crossing, the Train Defendants never upgraded the Crossing to include gates, which would have given a fair warning of the approaching train to persons such as Diamante Jamarcus Lockhart and Kendric Jackson.

17. At the time of the Incident, the view of the approaching train at the Crossing was obstructed.

18. The Train Defendants failed to reduce its speed while approaching the Crossing or signal its approach by blowing its horn prior to colliding with the vehicle.

19. Under the master-servant relationship, Train Defendants are responsible for damages caused by their servant, David W. Myers.

## CLAIMS AGAINST TRAIN DEFNDANTS
## and DAVID W. MYERS

20. Train Defendants, by and through its employees, agents and/or representatives, including but not limited to David W. Myers, committed acts of omission and/or commission which, collectively and severally, constituted negligence and gross negligence.

21. Train Defendants' negligent or willful actions in the operation of the train in question include, but are not limited to, the following:

   a.   failure to keep a proper lookout;

   b.   failure to sound the train's whistle, siren, horn and/or bell;

   c.   failure to reduce speed when approaching the Crossing;

   d.   failure to slow or stop the train to avoid the Incident; and,

   e.   failure to put the train in emergency when Defendant thought it was going to hit or collide with the vehicle owned and driven by Diamante Jamarcus Lockhart.

22.     Defendant David W. Myers' negligent or willful actions in the operation of the train in question include, but are not limited to, the following:  a. failure to keep a proper lookout;

b.      failure to sound the train's whistle, siren or horn;

c.      failure to reduce speed when approaching the Crossing;
d.      failure to slow or stop the train to avoid the Incident; and,

e.      failure to put the train in emergency when Defendant thought he was going to hit or collide with the vehicle owned and driven by Diamante Jamarcus Lockhart.

23.     Train Defendants' negligent or willful actions in the maintenance of the Crossing include, but are not limited to, the following:

a.      failure to take precautions necessary to alleviate the extra hazardous conditions at the Crossing;

b.      failure to comply with all applicable rules, guidelines and policies for erecting appropriate warning devices at railroad crossings;

c.      failure to take precautions to provide adequate warnings;

d.      failure to install active warning devices;

e.      failure to maintain the train tracks at the Crossing;

f.      failure to maintain the approach and/or Crossing at the property and/or right of way;

g.      failure to correct the extrahazardous conditions at the Crossing, including divots and washouts in the surface of the roadway at the Crossing, including, but not limited to the approach and surface up to the crossties of the Crossing; and

h.      failure to correct obstructions in the view of the approaching trains, including trees and shrubbery alongside the railroad tracks.

24.     The foregoing acts of negligence and gross negligence, taken singularly and in combination with others, proximately caused the Incident and Plaintiffs' resulting damages.

**<u>CLAIMS AGAINST DEFENDANT LOCKHART</u>**

25.     Diamante Jamarcus Lockhart committed acts of omission and/or commission which, collectively and severally, constituted negligence.

26.     Lockhart failed to keep a proper lookout although his view was obstructed by the inactions and actions of Train Defendants.

27.     The foregoing acts of negligence, taken singularly and in combination with others, proximately caused the Incident and Plaintiffs' resulting damages.

**<u>DAMAGES</u>**



28.     As a result of Defendants' negligence, Kendric Jackson sustained serious and incapacitating injuries.  Plaintiffs have incurred, and continue to incur, medical expenses for the necessary diagnosis and treatment of Kendric Jackson's injuries.  These charges are reasonable and customary with charges made for such services in the county or counties where they were provided.  With reasonable medical probability, Plaintiffs will continue to incur medical expenses for the necessary medical care of Kendric Jackson in the future.  Kendric Jackson has suffered

physical pain, mental anguish, physical disfigurement, and physical impairment resulting from his injuries, and is expected to suffer therefrom in the future.  Plaintiffs have suffered, and will suffer in the future, mental anguish as a result of the injuries sustained by their son in the Incident. Plaintiff, Kendric Jackson, suffered a fractured femur, fractured clavicle, collapsed lung, multiple facial fractures, and a severe head injury as a result of this incident.  Currently, Kendric has been diagnosed with a severe traumatic brain injury and has a tracheotomy.



29.    In addition, Plaintiffs, Kimberly Hudson and Thomas Earl Jackson, Jr., as Temporary Guardians of Kendric Jackson, an Incapacitated Person, respectively, pursuant to A.C.A. § 16-62102, claim damages for the following on behalf of Kendric Jackson:

a.    Mental anguish;

b.      Fear of death;

c.      Physical and mental impairment;

d.      Past and future medical expenses;

e.      Loss of future earning capacity;

f.      Amount of medical transportation to get Kendric to and from the doctor;

g.      Physical and mental pain and suffering; and

h.      Pre-judgment and post-judgment interest.

30.    Plaintiffs reserve the right to plead additional and more specific damages in the future as more facts become known.  Plaintiffs seek both past and future damages. Damages far exceed the minimum jurisdictional limits of this Court.

## DEMAND FOR JURY TRIAL

31.    Plaintiffs request this matter be tried before a jury.

## PRAYER

Plaintiffs, Kimberly Hudson and Thomas Earl Jackson, Jr., Individually and as Next Friend of Kendric Jackson, pray that upon final trial Plaintiffs take a judgment against the Defendants, jointly and severally, for the following:

(a) Actual damages in an amount within the jurisdictional limit of the Court;

(b) Punitive damages as determined by the jury;

(c) Costs of court;

(d) Prejudgment and post-judgment interest at the highest lawful rate; and,

(e) Such other and further relief, both general and special, to which Plaintiffs may show themselves entitled.

Respectfully submitted,

 /s/ David J. Maloney
David J. Maloney (MAL014)
MALONEY-FROST, LLC
Attorneys for Plaintiffs
601 Government Street
Mobile, Alabama 36602
251-433-4440
251-433-5636 (fax)
dmaloneylaw@aol.com

The **Defendants are to all be served by PERSONAL PROCESS SERVICE (Court Records Research) (713) 227-3353, as follows:**

Canadian National Railway Company ("CN")
Hague Convention
935 de La Gauchetière Street West
Montreal, Quebec H3B 2M9

Mississippi Export Railroad ("MER")
c/o President, Greg Luce
4519 McInnis Avenue
Moss Point, Mississippi 39563

Illinois Central Railroad Company ("IC")
c/o CSC-Lawyers Incorporating SVC Inc.
150 South Perry Street
Montgomery, Alabama 36104

Illinois Central Corporation ("ICC")
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

Grand Trunk Corporation ("GTC")
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

David W. Myers
158 Highway 612
Lucedale, Mississippi 39452-3521

Diamante Jamarcus Lockhart
1411 Monroe Street
Mobile, Alabama 36604

ELECTRONICALLY FILED
9/20/2047 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama Unified Judicial System | **SUMMONS** **-CIVIL-** |
|---|---|
| Form C-34        Rev. 7/2016 | |

**IN THE** ___Circuit___ **COURT OF** ___Mobile___ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)* *(Name of County)*

Kimberly Hudson and Thomas Earl Jackson, Jr.
as Temporary Guardians of Kendric Jackson,    v.   ___Canadian National Railway Company, et al.___
An Incapacitated Person
*(Plaintiff(s)* *[Name(s) of Defendant(s)]*

**NOTICE TO:** Mississippi Export Railroad, c/o President Greg Luce, 4519 Mcinnis Avenue, Moss Point, MS 39563
*(Name of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ___David Maloney/ Maloney-Frost, LLP___ WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: ___601 Government Street, Mobile, Alabama 36602___

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☒ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.
                                        By: _____
_____                    _____
*(Date)*                        *(Signature of Clerk)*

☐ Certified Mail is hereby requested.    _____
                                  *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____
                                                    *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____County,
*(Name)*              *(Name of County)*
Alabama on_____
            *(Date)*

_____                    _____
*(Type of Process Server)*          *(Address of Server)*

                                  _____
                                  *(Phone Number of Server)*

ELECTRONICALLY FILED
9/20/2017 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

**State of Alabama**
**Unified Judicial System**

Form C-34        Rev. 7/2016

# SUMMONS
## -CIVIL-

**IN THE** ___Circuit___ **COURT OF** ___Mobile___ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*                                   *(Name of County)*

Kimberly Hudson and Thomas Earl Jackson, Jr. v. ___Canadian National Railway Company, et___ al.
as Temporary Guardians of Kendric Jackson,
An Incapacitated Person *Plaintiff(s)*                    *(Name(s) of Defendant(s))*

**NOTICE TO:** Canadian National Railway Company, 935 de La Gauchetière St. West, Montreal, QC H3B 2M9
                              *(Name of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ___David Maloney/ Maloney-Frost, LLP___ WHOSE
                                                                                *(Name(s) of Attorney(s))*
ADDRESS(ES) IS/ARE: ___601 Government Street, Mobile, Alabama 36602___

                                          *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS.

---

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☒ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                              *[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.                                        By: _____

_____                    _____
*(Date)*                                  *(Signature of Clerk)*

☐ Certified Mail is hereby requested.        _____
                                            *(Plaintiff's/Attorney's Signature)*

---

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
                                                                          *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name)*                      *(Name of County)*
Alabama on_____
                  *(Date)*

_____                    _____
*(Type of Process Server)*              *(Address of Server)*

                                        _____
                                        *(Phone Number of Server)*

ELECTRONICALLY FILED
5/2/2017 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

**State of Alabama**
**Unified Judicial System**

Form C-34          Rev. 7/2016

## SUMMONS
## -CIVIL-

**IN THE** _Circuit_ **COURT OF** _Mobile_ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*          *(Name of County)*

Kimberly Hudson and Thomas Earl Jackson, Jr. v. Canadian National Railway Company, et al.
as Temporary Guardians of Kendric Jackson,

An Incapacitated Person *Plaintiff(s)*          *[Name(s) of Defendant(s)]*

**NOTICE TO:** Illinois Central Corporation, c/o Corporation Service Company, 2711 Centerville Rd.,
Suite 400, Wilmington,          *(Name of Defendant)* Delaware 19808

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE
REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH
ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF
YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S)
OR ATTORNEY(S) OF THE PLAINTIFF(S), _David Maloney/ Maloney-Frost, LLP_ WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: _601 Government Street, Mobile, Alabama 36602_

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND
COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE
RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER
DOCUMENTS.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☒ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.          By: _____

_____          _____
*(Date)*          *(Signature of Clerk)*

☐ Certified Mail is hereby requested.          _____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on_____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name)*          *(Name of County)*
Alabama on_____
*(Date)*

_____          _____
*(Type of Process Server)*          *(Address of Server)*

_____
*(Phone Number of Server)*

ELECTRONICALLY FILED
5/9/2017 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama | SUMMONS - CIVIL | Case Number |
|---|---|---|
| Unified Judicial System | | CV-2017- |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

Plaintiff, Kimberly Hudson, et al.     Defendant, Canadian National Railway Company, et al.

**NOTICE TO:** Illinois Central Railroad Company ("IC")
c/o CSC-Lawyers Incorporating SVC Inc.
150 South Perry Street
Montgomery, Alabama 36104

        The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.  You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to David J. Maloney, Attorney for Plaintiffs, whose address is 601 Government Street, Mobile, Alabama, 36602.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

___X___  TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either Rule 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure:  You are hereby commanded to serve this summons and a copy of the complaint in this action upon Defendant.

_____  This service by certified mail of this summons is initiated upon written request of the Plaintiff pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

_____,20___   _____   By:_____
Date                       Clerk/Register

_____Certified Mail is hereby requested

                          _____
                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

_____   Certified Mail return receipt received in this office on (Date) _____.  (Return receipt attached hereto).

_____   I certify that I personally delivered a copy of the Summons and Complaint to_____ in _____ County, Alabama, on (Date) _____.

_____, 2017
Date                          Server Signature _____

Address of Server_____

_____          Type of Process Server _____

ELECTRONICALLY FILED
4/27/2017 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama Unified Judicial System | **SUMMONS** **-CIVIL-** | |
|---|---|---|
| Form C-34    Rev. 7/2016 | | |

**IN THE** ___Circuit___ **COURT OF** ___Mobile___ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)* *(Name of County)*

Kimberly Hudson and Thomas Earl Jackson, Jr.    v.   ___Canadian National Railway Company, et al.___
~~as Temporary Guardians of Kendric Jackson,~~

An Incapacitated Person ~~iff(s)~~      *[Name(s) of Defendant(s)]*

**NOTICE TO:** David W. Myers, 158 Highway 612, Lucedale, Mississippi 39452-3521, or wherever he may be found.
*(Name of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ___David Maloney/ Maloney-Frost, LLP___ WHOSE
*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: ___601 Government Street, Mobile, Alabama 36602___

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☒ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

_____  By: _____
*(Date)*      *(Signature of Clerk)*

☐ Certified Mail is hereby requested.    _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____County,
*(Name)*      *(Name of County)*

Alabama on_____
*(Date)*

_____         _____
*(Type of Process Server)*     *(Address of Server)*

_____
*(Phone Number of Server)*

ELECTRONICALLY FILED
4/27/2017 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System | **SUMMONS**<br>**-CIVIL-** |
|---|---|
| Form C-34        Rev. 7/2016 | |

**IN THE**   Circuit   **COURT OF**   Mobile   **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*                    *(Name of County)*

Kimberly Hudson and Thomas Earl Jackson, Jr.   v.   Canadian National Railway Company, et al.
as Temporary Guardians of Kendric Jackson,

An Incapacitated Person *Plaintiff(s)*                    *[Name(s) of Defendant(s)]*

**NOTICE TO:** Grand Trunk Corporation, c/o Corporation Service Company, 2711 Centerville Rd.,
Suite 400, Wilmington,        *(Name of Defendant)* Delaware 19808

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),   David Maloney/ Maloney-Frost, LLP        WHOSE
*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE:  601 Government Street, Mobile, Alabama 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN   30   DAYS   AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☒ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.                    By: _____

_____                    _____
*(Date)*                    *(Signature of Clerk)*

☐ Certified Mail is hereby requested.        _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name)*        *(Name of County)*

Alabama on_____
*(Date)*

_____        _____
*(Type of Process Server)*        *(Address of Server)*

_____
*(Phone Number of Server)*

ELECTRONICALLY FILED
9/5/2017 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama Unified Judicial System | **COVER SHEET** **CIRCUIT COURT -- CIVIL CASE** (Not For Domestic Relations Cases) | Case Number |
|---|---|---|
| Form ARCiv-93   Rev. 5/99 | | Date of Filing: ☐☐ Month ☐☐ Day ☐☐☐☐ Year   Judge Code: ☐☐☐☐ |

**GENERAL INFORMATION**

IN THE CIRCUIT COURT OF **MOBILE**, ALABAMA

Kimberly Hudson - Thomas Earl Jackson, Jr., as Temporary Guardians of Kendric Jackson, an Incapacitated Person

Plaintiff

v. (Name of County) Canadian National Railway company; Mississippi Export Railroad; Illinois Central Railroad

Defendant Company: Grand Trunk Corp., David W. Myers + Diamonte Jamarcus Lockhart

First Plaintiff:
☐ Business
☐ Government
☑ Individual
☐ Other

First Defendant:
☑ Business
☐ Government
☐ Individual
☐ Other

NATURE OF SUIT: Select primary cause of action, by checking box (check only one) that best characterizes your action:

TORTS: PERSONAL INJURY
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

TORTS: PERSONAL INJURY
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

OTHER CIVIL FILINGS
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

OTHER CIVIL FILINGS (cont'd)
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

ORIGIN (check one): F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER:

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED? ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

RELIEF REQUESTED: ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: _____
Date _____   Signature of Attorney/Party filing this form _____

MEDIATION REQUESTED: ☑ YES ☐ NO ☐ UNDECIDED



AlaFile E-Notice

02-CV-2017-901162.00

To:   DAVID J MALONEY
      Dmaloneylaw@aol.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following complaint was FILED on 5/2/2017 5:55:59 PM

Notice Date:      5/2/2017 5:55:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

To:   CANADIAN NATIONAL RAILWAY COMPANY
      935 DE LA GAUCHETIERE ST
      QUEBEC H3B 2M9
      MONTREAL, AL, 00000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following complaint was FILED on 5/2/2017 5:55:59 PM

Notice Date:     5/2/2017 5:55:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

To:  MISSISSIPPI EXPORT RAILROAD
     C/O PRESIDENT, GREG LUCE
     4519 MCINNIS AVENUE
     MOSS POINT, MS, 39563

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following complaint was FILED on 5/2/2017 5:55:59 PM

Notice Date:     5/2/2017 5:55:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

To:   ILLINOIS CENTRAL RAILWAY COMPANY
      C/O CSC-LAWYERS INC SVC
      150 S PERRY STREET
      MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following complaint was FILED on 5/2/2017 5:55:59 PM

Notice Date:      5/2/2017 5:55:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

To:  ILLINOIS CENTRAL CORPORATION
C/O CORPORATION SERVICE C
2711 CENTERVILLE RD # 400
WILMINGTON, DE, 19808

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following complaint was FILED on 5/2/2017 5:55:59 PM

Notice Date:      5/2/2017 5:55:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

To: GRAND TRUNK CORPORATION
C/O  CORPORATION SRVC CO.
2711 CENTERVILLE RD # 400
WILMINGTON, DE, 19808

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following complaint was FILED on 5/2/2017 5:55:59 PM

Notice Date:     5/2/2017 5:55:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

To:  DAVID W. MYERS
     158 HIGHWAY 612
     LUCEDALE, MS, 39452

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following complaint was FILED on 5/2/2017 5:55:59 PM

Notice Date:      5/2/2017 5:55:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

To:  DIAMANTE JAMARCUS LOCKHART
     1411 MONROE STREET
     MOBILE, AL, 36604

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following complaint was FILED on 5/2/2017 5:55:59 PM

Notice Date:     5/2/2017 5:55:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
4/27/2017 5:57 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 7/2016 | **SUMMONS**<br>**-CIVIL-** | |
|---|---|---|

**IN THE** ___Circuit___ **COURT OF** ___Mobile___ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)* *(Name of County)*

Kimberly Hudson and Thomas Earl Jackson, Jr.
~~as Temporary Guardians of Kendric Jackson,~~   v.   ___Canadian National Railway Company, et al.___

~~An Incapacitated Person~~*[Name(s) of Plaintiff(s)]*      *[Name(s) of Defendant(s)]*

**NOTICE TO:** ___Diamante Jamarcus Lockhart, 1411 Monroe Street, Mobile, Alabama 36604___
*(Name of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ___David Maloney/ Maloney-Frost, LLP___ WHOSE
*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: ___601 Government Street, Mobile, Alabama 36602___

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☒ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____         _____ By: _____
*(Date)*                 *(Signature of Clerk)*

☐ Certified Mail is hereby requested.     _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ _____ County,
*(Name)*          *(Name of County)*

Alabama on_____
*(Date)*

_____         _____
*(Type of Process Server)*     *(Address of Server)*

_____
*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-901162.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL

NOTICE TO: CANADIAN NATIONAL RAILWAY COMPANY, 935 DE LA GAUCHETIERE ST QUEBEC H3B 2M9, MONTREAL, AL 00000

<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID J MALONEY ,

<em>[Name(s) of Attorney(s)]</em>

WHOSE ADDRESS(ES) IS/ARE: 601 GOVERNMENT STREET, MOBILE, AL 36602 .

<em>[Address(es) of Plaintiff(s) or Attorney(s)]</em>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.

<em>[Name(s)]</em>

| 5/2/2017 5:55:59 PM | /s/ JOJO SCHWARZAUER | By: _____ |
| --- | --- | --- |
| <em>(Date)</em> | <em>(Signature of Clerk)</em> | <em>(Name)</em> |

☐ Certified Mail is hereby requested. _____

<em>(Plaintiff's/Attorney's Signature)</em>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

<em>(Date)</em>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<em>(Name of Person Served)</em>          <em>(Name of County)</em>

Alabama on _____ .

<em>(Date)</em>

_____        _____        _____

<em>(Type of Process Server)</em>        <em>(Server's Signature)</em>        <em>(Address of Server)</em>

_____        _____

<em>(Server's Printed Name)</em>        <em>(Phone Number of Server)</em>

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-901162.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL

**NOTICE TO:** MISSISSIPPI EXPORT RAILROAD, C/O PRESIDENT, GREG LUCE 4519 MCINNIS AVENUE, MOSS POINT, MS 39563

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID J MALONEY                                                                                      ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 601 GOVERNMENT STREET, MOBILE, AL 36602                             .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                               *[Name(s)]*

| 5/2/2017 5:55:59 PM | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.   _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                         *(Name of County)*

Alabama on _____.

*(Date)*

_____   _____   _____

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____   _____

*(Server's Printed Name)*   *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-901162.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL

**NOTICE TO:** ILLINOIS CENTRAL RAILWAY COMPANY, C/O CSC-LAWYERS INC SVC 150 S PERRY STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID J MALONEY
,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 601 GOVERNMENT STREET, MOBILE, AL 36602
.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 5/2/2017 5:55:59 PM | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____.

*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                *(Name of County)*

Alabama on _____.

*(Date)*

_____        _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-901162.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL**

**NOTICE TO:** ILLINOIS CENTRAL CORPORATION, C/O CORPORATION SERVICE C 2711 CENTERVILLE RD # 400, WILMINGTON, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID J MALONEY                                                                                                     ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 601 GOVERNMENT STREET, MOBILE, AL 36602                                   .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 5/2/2017 5:55:59 PM | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-901162.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL

**NOTICE TO:** GRAND TRUNK CORPORATION, C/O  CORPORATION SRVC CO. 2711 CENTERVILLE RD # 400, WILMINGTON, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
DAVID J MALONEY                                                                                                          ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 601 GOVERNMENT STREET, MOBILE, AL 36602                                      .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 5/2/2017 5:55:59 PM | /s/ JOJO SCHWARZAUER | By: _____ |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2017-901162.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL**

**NOTICE TO:** DAVID W. MYERS, 158 HIGHWAY 612, LUCEDALE, MS 39452

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID J MALONEY

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 601 GOVERNMENT STREET, MOBILE, AL 36602

.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 5/2/2017 5:55:59 PM | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*      *(Name of County)*

Alabama on _____ .

*(Date)*

_____      _____      _____

*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*

_____      _____

*(Server's Printed Name)*      *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-901162.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL

**NOTICE TO:** DIAMANTE JAMARCUS LOCKHART, 1411 MONROE STREET, MOBILE, AL 36604

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DAVID J MALONEY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 601 GOVERNMENT STREET, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 5/2/2017 5:55:59 PM | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)* *(Name of County)*

Alabama on _____ .

*(Date)*

_____   _____   _____

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____

*(Server's Printed Name)*     *(Phone Number of Server)*

ELECTRONICALLY FILED
3/3/2017 10:24 AM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| HUDSON KIMBERLY, | ) | |
| JACKSON THOMAS EARL JR., | ) | |
| JACKSON KENDRIC, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Case No.:    CV-2017-901162.00 |
| | ) | |
| CANADIAN NATIONAL RAILWAY COMPANY, | ) | |
| MISSISSIPPI EXPORT RAILROAD, | ) | |
| ILLINOIS CENTRAL RAILWAY COMPANY, | ) | |
| ILLINOIS CENTRAL CORPORATION ET AL, | ) | |
| Defendants. | ) | |

### PRETRIAL ORDER: JURY AND NON-JURY CASES
### IN THE CIRCUIT COURT OF MOBILE COUNTY
### BEFORE JUDGE SARAH H. STEWART

In all pending cases before Judge Stewart, the following Pretrial Order will apply. This Order is in addition to the Fast Track Order or General Pretrial Order that may be filed with this case.  To the extent this Pretrial Order conflicts with the Fast Track or the General Order, this Pretrial Order is the governing Order.

Fast Track Order:

1.      If any party objects to inclusion in the Fast Track System, the Court requires the party to file a Motion to Exclude along with a Proposed Scheduling Order.   (See ¶ 9 below).  At a minimum, the Proposed Scheduling Order must provide a proposed trial date (or month), the length of the trial, dispositive motion cut-off dates (see ¶ 5 below), factual discovery cut-off dates, expert discovery cut-off dates, and any limitations on discovery or exhibits.  If the parties cannot agree on a Scheduling Order, the Court will conduct a Rule 16 conference to finalize one.

2.      If case remains in the Fast Track system, the Court expects the parties to comply with the time constraints set forth in that Order.  Once a party files a Motion to Set the Matter for Trial and a Certificate of Readiness, the Court will grant the motion, subject to any objection, and assign the case to a mediator to be mediated within 60 days.   If the mediation is unsuccessful, the parties are required to file a report and the Court will assign a trial date.

3.      If the parties anticipate that preparing for trial will take more than eighteen months, the parties must file a motion for a Rule 16 conference.

All Jury Trial Cases:

4.      If at any time while the action is pending either party anticipates that the jury trial will take more than 5 days, that party must file a motion for a Rule 16 conference.

5.      The Court requires any dispositive motion to be filed at least 60 days before trial unless otherwise agreed to by the parties.  Any dispositive motion filed after this deadline will not be considered before trial.

6.      The Court will conduct a Pretrial Conference approximately ten days prior to the trial setting.  The attorney(s) who will be trying the case must attend the Pretrial Conference.  The Court will issue a pretrial order after the conference addressing exchange of pre-marked exhibits, witness lists, jury charges, deposition testimony use and other procedural trial issues.

7.      All Motions to Strike and Motions in Limine must be filed at least 14 days before the start of trial.  The Court will set these motions for a hearing prior to the first day of trial.  The Court will not hear any motions filed after this deadline unless for good cause shown.

All Cases:

8.      All pleadings and evidentiary support must be e-filed.  The Court will not accept paper-filed pleadings unless the Court has given counsel prior written permission.

9.      Motions must be accompanied with a proposed order filed as a proposed order. The Court cautions the attorneys that when e-filing proposed orders, the proposed order cannot be filed within the body of the motion or as an "attachment" or an "exhibit" to the pending motion.  It must be filed as a "proposed order."  If the attorneys experience difficulty with this, see User Manual at www.alacourt.gov/pdfppt/alafileUserManual.pdf.

10.     Motions for service by publication must be properly supported by an affidavit setting forth the facts averring avoidance of service.  See Fisher v. Amaraneni, 565 So. 2d 84 (Ala. 1990); Wagner v. White, 985 So. 2d 458 (Ala. Civ. App. 2007).

11.     Prior to requesting a continuance for a motion or trial setting, the requesting party must confer with opposing counsel and indicate the result of the conference in the Motion to Continue.

12.     Counsel must confer the night before or the morning of a scheduled hearing on any discovery dispute and attempt to resolve the discovery dispute or narrow down the disputed issues.  As a general rule, this Court highly disfavors unsupported "boilerplate" objections such as the request is irrelevant, vague, ambiguous, overly broad, unduly burdensome, or unlikely to lead to the discovery of admissible evidence.  Objections to a discovery request must be specific and supported by detailed explanation of why the discovery request is improper.  Ex Parte Dorsey Trailers Inc., 397 So. 2d 98 (Ala. 1981).  Further, answering a discovery request subject to or reserving a general objection will be deemed a waiver of that objection. See Wright, Miller & Marcus, Fed

Prac & Proc, Civil §2173 ("A voluntary answer to an interrogatory is also a waiver of the objection.").

13.    Protective Orders containing provisions to seal court records and motions to seal court filings must be set for a hearing during which the party requesting to seal the records must provide clear and convincing evidence that the documents should be sealed.  See Holland v. EADS, 614 So. 2d 1012 (Ala 1993).

14.    The Court may request the parties e-mail proposed orders on certain issues directly to the Court. Any proposed orders sent to the Court through e-mail must be attached as a ".doc" in Microsoft Word format and counsel for opposing parties must copied on the e-mail.

15.    Only documents filed as a "motion" appear in the Court's motion queue for review because of the nature of the Alacourt system. Documents filed as "other," "miscellaneous," "discovery," or "amended complaint/answer"  (such as stipulations of dismissal, notice of removal, etc.) will appear in the case action summary sheet, but the Court has no notice that such a document has been filed.  If Court action is required in conjunction any pleadings, it needs to be filed as a "motion."

Additional Rules Applicable to Workers Compensation Cases:

1.    The parties must notify the Court when the plaintiff is at Maximum Medical Improvement.  All cases will be mediated prior to trial on the merits and then set for trial within 90 days of notification of an unsuccessful mediation.

2.    Motions to Compel filed where liability is disputed will be treated as a Request for Trial on the merits on liability only.

3.    At the close of evidence in any case, the Court will request the parties submit through e-mail proposed Findings of Fact and Conclusions of Law to the Court. (See ¶ 14 above).

Additional Rules Applicable to Non-Jury Account Collection, Contract, Ejectment, and "Other" Similar Cases:

1.    Service shall be perfected within 120 days or the case will be dismissed. Motions to Extend the Time for Service must be accompanied by an affidavit about service attempts and a proposed order.  See ¶ 9 above.  Motion for service by publication must be properly supported.  See ¶ 10 above.

2.    Once the Defendant(s) is served and fails to answer, the Court expects dispositive motions to be filed within 90 days of service.  Motions for default must be supported appropriately and a proposed order filed.  See ¶ 9 above.  See Thomas v. American Express Bank, FSB, 139 So. 3d 809 (Ala. Civ. App. 2013).

3.    Once the Defendant(s) is served and answers, the Court expects either a dispositive motion such as summary judgment or a request to set the case for trial within 90 days of the answer.

DONE this 4th day of May, 2017.

/s/ SARAH HICKS STEWART

CIRCUIT JUDGE



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:   MALONEY DAVID JOSEPH
        Dmaloneylaw@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 5/4/2017 10:23:59 AM

Notice Date:      5/4/2017 10:23:59 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:   CANADIAN NATIONAL RAILWAY COMPANY (PRO SE)
935 DE LA GAUCHETIERE ST
QUEBEC H3B 2M9
MONTREAL, AL, 00000-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 5/4/2017 10:23:59 AM

Notice Date:     5/4/2017 10:23:59 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  MISSISSIPPI EXPORT RAILROAD (PRO SE)
C/O PRESIDENT, GREG LUCE
4519 MCINNIS AVENUE
MOSS POINT, MS, 39563-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 5/4/2017 10:23:59 AM

Notice Date:     5/4/2017 10:23:59 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  ILLINOIS CENTRAL RAILWAY COMPANY (PRO SE)
C/O CSC-LAWYERS INC SVC
150 S PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 5/4/2017 10:23:59 AM

Notice Date:      5/4/2017 10:23:59 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  ILLINOIS CENTRAL CORPORATION (PRO SE)
C/O CORPORATION SERVICE C
2711 CENTERVILLE RD # 400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 5/4/2017 10:23:59 AM

Notice Date:     5/4/2017 10:23:59 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  GRAND TRUNK CORPORATION (PRO SE)
C/O  CORPORATION SRVC CO.
2711 CENTERVILLE RD # 400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 5/4/2017 10:23:59 AM

Notice Date:      5/4/2017 10:23:59 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:   MYERS DAVID W. (PRO SE)
      158 HIGHWAY 612
      LUCEDALE, MS, 39452-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 5/4/2017 10:23:59 AM

Notice Date:     5/4/2017 10:23:59 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:   LOCKHART DIAMANTE JAMARCUS (PRO SE)
      1411 MONROE STREET
      MOBILE, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 5/4/2017 10:23:59 AM

Notice Date:      5/4/2017 10:23:59 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

*Kimberly Hudson et. al.*

Plaintiff(s)

vs.

*Canadian Natl etc. et. al.*

Defendant(s)

CIVIL ACTION NO. CV 17-901162

DATE COMPLAINT FILED 5-2-17

### ASSIGNMENT TO EXPEDITED CASE MANAGEMENT SYSTEM AND GENERAL PRE-TRIAL ORDER

This case has been placed on the Expedited Case Management System which is designed to dispose of a case within 12 months after filing.

### OBJECTION TO INCLUSION IN SYSTEM

If a party to this cause believes that the cause is extremely complex or will involve unique problems <u>and</u> will be impossible to prepare for trial within the time frame of the system, he may, within 40 days after the date of this order, or if the party has not been served at the date of this order, within 40 days after service, file a motion requesting that the cause not be included in the system and that the parties be allowed additional time to prepare the cause for trial. A motion filed later than the aforesaid 40 days will not be considered by the Court. Oral argument may be requested on an exclusion motion. If a cause is excluded from the system by the Court, a discovery schedule will be set by the Court after conference with the parties. <u>If a case is so excluded the general pre-trial portion of this order will remain in effect unless specifically altered by the Court.</u>

### DISCOVERY

Unless the Court sets a shorter time, all pre-trial discovery shall be completed within 270 days after filing of the complaint unless party filing the Motion to Set and Certificate of Readiness requests an additional period of time, not to exceed 60 days, and certifies that all discovery will be concluded within that time. Notwithstanding the foregoing, for good cause shown, the Court may permit, or the parties may agree, that additional discovery procedures be undertaken anytime prior to trial, so long as such discovery can be completed so as not to require a continuance of the trial setting.

### MOTION TO SET AND CERTIFICATE OF READINESS

Counsel for the plaintiff shall, and counsel for any other party may, file a Motion to Set and Certificate of Readiness, which shall be filed not later than 270 days after the filing of the complaint. If such a motion is not filed by the 280th day, the Court will place the case marked "To Be Dismissed" on a disposition docket as near as possible to the 300th day and send notice of such to all parties. If a Motion to Set and Certificate of Readiness is not received by the Court prior to the disposition date, the case will be dismissed.

The Motion to Set and Certificate of Readiness will be in a form similar to that available of in the clerk's office and will contain the following information:

(1)    The date the complaint was filed;

(2)     That the issues in the case have been defined and joined;

(3)     That all discovery has been completed or will be completed within 60 days after the filing of the Certificate of Readiness;

(4)     That a jury trial has or has not been demanded;

(5)     The expected length of the trial expressed in hours and/or days;

(6)     A brief description of the plaintiff's claim;

(7)     The names, addresses and telephone numbers of the parties or their attorneys responsible for their litigation;

(8)     That the movant certifies that all expert witnesses expected to testify at trial have been disclosed to all parties, together with a summary of their opinions;

(9)     That the movant acknowledges his/her responsibility to make all documents, exhibits, and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying;

(10)    That the movant certifies that he/she has read the pre-trial order, that he/she has complied with it to date and will comply with its requirements in the future.

The filing by the plaintiff of a Motion to Set and Certificate of Readiness constitutes the voluntary dismissal of all fictitious parties whose true names have not been substituted.

## CONTROVERTING CERTIFICATE

Within 14 days after a Motion to Set and Certificate of Readiness has been filed, counsel for any other party may file a Controverting Certificate specifying the particular statements contained in the Certificate of Readiness to which objection is made, and the reasons therefore. Oral argument may be requested. The Court shall thereupon enter an order placing the case on the Active Calendar either immediately or, where good cause is shown, at a specified later date.

## ACTIVE CALENDAR

Fourteen days after a Motion to Set and Certificate of Readiness is filed, if a Controverting Certificate has not been filed, the case shall be placed on the Active Calendar, unless otherwise ordered by the Court.

## SETTING FOR TRIAL

Unless specifically set by the Court, cases on the Active Calendar shall be set for trial generally in the same order as they came on the Active Calendar and as soon as possible. Preference shall be given to cases which by statute, rule or order of the Court are entitled to priority. Counsel shall be given at least sixty days notice of the trial date.

## DELAY

When a case has been set for trial, no postponement of the trial will be considered by the Court except on a written motion substantially in the form previously approved by the Court. (Obtain from the Court a Request for Delay form.)

NOTIFICATION OF SETTLEMENT

In order to provide other litigants with prompt trial settings all attorneys shall notify the Court of settlement, regardless of to status or state of the case (discovery stage, active calendar or trial calendar).

GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.      EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.      Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 says prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.      Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.      Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.      DOCTOR, HOSPITAL AND MEDICAL RECORDS

a.      If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.      Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.      The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.      DAMAGES

a.      All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying the grounds of objections.

b.      Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice so require.

4.      AGENCY-TIME AND PLACE-DUTY

a.      Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5.      EXPERTS

a.     Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.     Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.     Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such experts will be admitted.

d.     Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.      JURY INSTRUCTIONS

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter sized paper and identified by the party's last name and shall be numbered.

7.      JURY SELECTION

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

8.      DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

9.      MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

10.     CONFLICTS

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _May, 2017._

_____
Presiding Judge, John R. Lockett



**CORPORATION SERVICE COMPANY**

null
Transmittal Number: 16613415

# Rejection of Service of Process

**Return to Sender Information:**

Jojo Schwarzaur, Circuit Clerk
Mobile County - Civil Division
Mobile Government Plaza, Room C936
205 Government Street
Mobile, AL 36644-2936

| | |
|---|---|
| **Date:** | 05/09/2017 |
| **Party Served:** | Illinois Central Railway Company |
| **Title of Action:** | Kimberly Hudson vs. Canadian National Railway Company |
| **Court/Agency:** | Mobile County Circuit Court, Alabama |
| **Case/Reference No:** | CV-2017-901162.00 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

2711 Centerville Road  Wilmington, DE 19808
(888) 690-2882  |  sop@cscglobal.com

CLERK CIRCUIT COURT
2017 MAY 15  AM 11: 24

ELECTRONICALLY FILED
9/6/2017 11:37 AM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

# STATE OF ALABAMA
**Unified Judicial System**

02-MOBILE

Revised 3/5/08

☐ District Court  ☑ Circuit Court

CV20

## CIVIL MOTION COVER SHEET

KIMBERLY HUDSON ET AL V. CANADIAN
NATIONAL RAILWAY COMPANY ET AL

*Name of Filing Party:* C001 - HUDSON KIMBERLY
C002 - JACKSON THOMAS EARL JR.
C003 - JACKSON KENDRIC

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

DAVID J MALONEY
601 GOVERNMENT STREET
MOBILE, AL 36602

*Attorney Bar No.:* MAL014

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $ 0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other   Plaintiffs' Motion to Dismiss as to Defendant Mississippi Export Railroad |
| | pursuant to Rule  N/A        (Subject to Filing Fee) |

Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:
9/6/2017 11:36:45 AM

Signature of Attorney or Party
/s/ DAVID J MALONEY

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are Rule 12(b)(2) and 12(b)(6) motions or Motions for Summary Judgment are subject to filing fees.

ELECTRONICALLY FILED
9/6/2017 11:37 AM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| **KIMBERLY HUDSON, et al.,** | § | |
| **Plaintiffs,** | § | |
| **vs.** | § | **Case No.:   CV-2017-901162** |
| **CANADIAN NATIONAL RAILWAY COMPANY; et al.,** | § | |
| | § | |
| **Defendants.** | | |

### PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT

COME NOW the plaintiffs and respectfully moves the Court to enter an order dismissing with prejudice Mississippi Export Railroad as a defendant in this cause.  Nothing in this Motion is intended to effect a dismissal as to the remaining defendants, Canadian National Railway Company; Illinois Central Railroad Company; Grand Trunk Corporation; David W. Myers, and Diamante Jamarcus Lockhart .

/s/ David J. Maloney
David J. Maloney (MAL014)
Attorney for Plaintiffs
601 Government Street
Mobile, Alabama 36602
251-433-4440
251-433-5636 (fax)
dmaloneylaw@aol.com

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of September, 2017, served a copy of the foregoing by CERTIFIED MAIL, as follows:

Canadian National Railway Company ("CN")
Hague Convention
935 de La Gauchetière Street West
Montreal, Quebec H3B 2M9

Mississippi Export Railroad ("MER")
c/o President, Greg Luce
4519 McInnis Avenue
Moss Point, Mississippi 39563

Illinois Central Railroad Company ("IC")
c/o CSC-Lawyers Incorporating SVC Inc.
150 South Perry Street
Montgomery, Alabama 36104

Illinois Central Corporation ("ICC")
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

Grand Trunk Corporation ("GTC")
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

David W. Myers
158 Highway 612
Lucedale, Mississippi 39452-3521

Diamante Jamarcus Lockhart
1411 Monroe Street
Mobile, Alabama 36604

/s/ David J. Maloney



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:   DAVID J MALONEY
      Dmaloneylaw@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 9/6/2017 11:38:06 AM

**C001 HUDSON KIMBERLY**

**C003 JACKSON KENDRIC**

**C002 JACKSON THOMAS EARL JR.**

PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT RAILROAD

[Filer: MALONEY DAVID JOSEPH]


Notice Date:     9/6/2017 11:38:06 AM




JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  CANADIAN NATIONAL RAILWAY COMPANY (PRO SE)
935 DE LA GAUCHETIERE ST
QUEBEC H3B 2M9
MONTREAL, AL, 00000-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 9/6/2017 11:38:06 AM

**C001 HUDSON KIMBERLY**

**C003 JACKSON KENDRIC**

**C002 JACKSON THOMAS EARL JR.**

PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT RAILROAD

[Filer: MALONEY DAVID JOSEPH]

Notice Date:     9/6/2017 11:38:06 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  MISSISSIPPI EXPORT RAILROAD (PRO SE)
C/O PRESIDENT, GREG LUCE
4519 MCINNIS AVENUE
MOSS POINT, MS, 39563-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 9/6/2017 11:38:06 AM

**C001 HUDSON KIMBERLY**

**C003 JACKSON KENDRIC**

**C002 JACKSON THOMAS EARL JR.**

PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT RAILROAD

[Filer: MALONEY DAVID JOSEPH]

Notice Date:      9/6/2017 11:38:06 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  ILLINOIS CENTRAL RAILWAY COMPANY (PRO SE)
C/O CSC-LAWYERS INC SVC
150 S PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 9/6/2017 11:38:06 AM

**C001 HUDSON KIMBERLY**

**C003 JACKSON KENDRIC**

**C002 JACKSON THOMAS EARL JR.**

PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT RAILROAD

[Filer: MALONEY DAVID JOSEPH]

Notice Date:      9/6/2017 11:38:06 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  ILLINOIS CENTRAL CORPORATION (PRO SE)
C/O CORPORATION SERVICE C
2711 CENTERVILLE RD # 400
WILMINGTON, DE, 19808-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 9/6/2017 11:38:06 AM

**C001 HUDSON KIMBERLY**

**C003 JACKSON KENDRIC**

**C002 JACKSON THOMAS EARL JR.**

PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT RAILROAD

[Filer: MALONEY DAVID JOSEPH]

Notice Date:      9/6/2017 11:38:06 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  GRAND TRUNK CORPORATION (PRO SE)
C/O  CORPORATION SRVC CO.
2711 CENTERVILLE RD # 400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 9/6/2017 11:38:06 AM

**C001 HUDSON KIMBERLY**

**C003 JACKSON KENDRIC**

**C002 JACKSON THOMAS EARL JR.**

PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT RAILROAD

[Filer: MALONEY DAVID JOSEPH]

Notice Date:     9/6/2017 11:38:06 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:   MYERS DAVID W. (PRO SE)
      158 HIGHWAY 612
      LUCEDALE, MS, 39452-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 9/6/2017 11:38:06 AM

**C001 HUDSON KIMBERLY**

**C003 JACKSON KENDRIC**

**C002 JACKSON THOMAS EARL JR.**

PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT RAILROAD

[Filer: MALONEY DAVID JOSEPH]

Notice Date:      9/6/2017 11:38:06 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  LOCKHART DIAMANTE JAMARCUS (PRO SE)
1411 MONROE STREET
MOBILE, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

The following matter was FILED on 9/6/2017 11:38:06 AM

**C001 HUDSON KIMBERLY**

**C003 JACKSON KENDRIC**

**C002 JACKSON THOMAS EARL JR.**

PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT RAILROAD

[Filer: MALONEY DAVID JOSEPH]

Notice Date:      9/6/2017 11:38:06 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
9/6/2017 12:18 PM
02-CV-2017-901162.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| HUDSON KIMBERLY, | ) |
| JACKSON THOMAS EARL JR., | ) |
| JACKSON KENDRIC, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:   CV-2017-901162.00 |
| | ) |
| CANADIAN NATIONAL RAILWAY COMPANY, | ) |
| MISSISSIPPI EXPORT RAILROAD, | ) |
| ILLINOIS CENTRAL RAILWAY COMPANY, | ) |
| ILLINOIS CENTRAL CORPORATION ET AL, | ) |
| Defendants. | ) |

## ORDER

PLAINTIFFS' MOTION TO DISMISS AS TO DEFENDANT MISSISSIPPI EXPORT RAILROAD ONLY filed by HUDSON KIMBERLY, JACKSON THOMAS EARL JR. and JACKSON KENDRIC is hereby GRANTED.

The case remains pending as to all other Defendants.

**DONE this 6th day of September, 2017.**

**/s/ SARAH HICKS STEWART**
**CIRCUIT JUDGE**



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:   MALONEY DAVID JOSEPH
Dmaloneylaw@aol.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

A court action was entered in the above case on 9/6/2017 12:18:59 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          SHS

Notice Date:    9/6/2017 12:18:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:   CANADIAN NATIONAL RAILWAY COMPANY (PRO SE)
      935 DE LA GAUCHETIERE ST
      QUEBEC H3B 2M9
      MONTREAL, AL, 00000-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

A court action was entered in the above case on 9/6/2017 12:18:59 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          SHS

Notice Date:    9/6/2017 12:18:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  MISSISSIPPI EXPORT RAILROAD (PRO SE)
C/O PRESIDENT, GREG LUCE
4519 MCINNIS AVENUE
MOSS POINT, MS, 39563-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

A court action was entered in the above case on 9/6/2017 12:18:59 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           SHS

Notice Date:     9/6/2017 12:18:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To: ILLINOIS CENTRAL RAILWAY COMPANY (PRO SE)
C/O CSC-LAWYERS INC SVC
150 S PERRY STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

A court action was entered in the above case on 9/6/2017 12:18:59 PM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | SHS |

Notice Date:     9/6/2017 12:18:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To: ILLINOIS CENTRAL CORPORATION (PRO SE)
C/O CORPORATION SERVICE C
2711 CENTERVILLE RD # 400
WILMINGTON, DE, 19808-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

A court action was entered in the above case on 9/6/2017 12:18:59 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           SHS

Notice Date:     9/6/2017 12:18:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  GRAND TRUNK CORPORATION (PRO SE)
C/O  CORPORATION SRVC CO.
2711 CENTERVILLE RD # 400
WILMINGTON, DE, 19808-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

A court action was entered in the above case on 9/6/2017 12:18:59 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          SHS

Notice Date:    9/6/2017 12:18:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To:  MYERS DAVID W. (PRO SE)
158 HIGHWAY 612
LUCEDALE, MS, 39452-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

A court action was entered in the above case on 9/6/2017 12:18:59 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           SHS

Notice Date:     9/6/2017 12:18:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901162.00

Judge: SARAH HICKS STEWART

To: LOCKHART DIAMANTE JAMARCUS (PRO SE)
1411 MONROE STREET
MOBILE, AL, 36604-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KIMBERLY HUDSON ET AL V. CANADIAN NATIONAL RAILWAY COMPANY ET AL
02-CV-2017-901162.00

A court action was entered in the above case on 9/6/2017 12:18:59 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          SHS

Notice Date:    9/6/2017 12:18:59 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov