IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON and THOMAS EARL JACKSON, JR., as Temporary Guardians of Kendric Jackson, an Incapacitated Person, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 17-0424-KD-N<br>) |
| ILLINOIS CENTRAL RAILROAD COMPANY, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

This action is before the Court on the Motion to Remand filed by Plaintiffs Kimberly Hudson and Thomas Earl Jackson, Jr., as Temporary Guardians of Kendric Jackson, an Incapacitated Person (doc. 14), the Response in Opposition filed by Defendants Illinois Central Railroad Company and David W. Myers (doc. 17), and the Report and Recommendation of the United States Magistrate Judge recommending denial of the Motion (doc. 31).

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 25, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, Plaintiffs Motion to Remand) is **DENIED**.

**DONE** this 21st day of February 2018.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**